# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **FREDERICK CHARLES PRESTON, JR.** | **CIVIL ACTION NO. 23-0324** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **PAT SMITH, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 9] having been considered, together with the written objection [Doc. No. 11] filed by Plaintiff Frederick Charles Preston, Jr. ("Plaintiff"), and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that—with the exception of Plaintiff's claims of lack of medical care and associated requests for compensation and medical care against Warden Pat Smith and Nurse D. Harvey—Plaintiff's remaining claims and requests for relief are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**MONROE, LOUISIANA**, this 17th day of August 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**