UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **FREDERICK CHARLES PRESTON, JR.** | **CIV. ACTION NO. 3:23-00324 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNIDENTIFIED DEFENDANTS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 31] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 28] filed by Defendants D. Harvey (a/k/a Deirdra Harvey) and Pat Smith is **DENIED**.

**MONROE, LOUISIANA**, this 20th day of May 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**